IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KAREN ANTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21CV561 |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on August 19, 2022, was served on the parties in this action. (ECF Nos. 20, 21.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is VACATED, and that this matter is REMANDED under sentence four of 42 U.S.C. 405(g) for further administrative proceedings, including re-evaluation of:

1) the medical opinions of the state agency medical consultants, Dr. Klein, and Nurse Kooistra,

2) Plaintiff's subjective reports of fibromyalgia symptoms in compliance with Arakas,

3) Plaintiff's daily activities, and

4) Plaintiff's symptom log and the third-party statements of Beth Holley, Deborah Makemson, Kimberly Scholl, and Julia O'Carroll.

As a result, Plaintiff's Motion for a Judgment Reversing or Modifying the Decision of the Commissioner of Social Security, or Remanding the Case for a Rehearing, (ECF No. 13), is GRANTED, and Defendant's Motion for Judgment on the Pleadings, (ECF No. 16), is DENIED.

This, the 8th day of September 2022.

/s/ Loretta C. Biggs
United States District Judge

2

Case 1:21-cv-00561-LCB-LPA   Document 22   Filed 09/08/22   Page 2 of 2